## MOTT v. GODDARD.

In an action for entering the house and debauching the plaintiff's daughter, the daughter admitted as a witness.

ACTION for breaking and entering his house, and begetting his daughter with child.    Plea — Not guilty.    Issue to the jury.

The daughter was offered as a witness, and objected to; that she had a suit depending for the maintenance of said child; also an action for a breach of promise to marry her.

By the COURT.    She is admissible from the necessity of the case, and upon the ground of former precedents from books, and in this state.    The court also admitted evidence to prove her being familiar with other men about the same time, to lessen the damages.    This action was withdrawn.